Benjamin H. Ballard (CA 94772)
Ballard Law Office
1606 Juanita Lane, Ste. C
Tiburon CA 94920
Ph: 415.781.3500
Fax: 415.781.0130
Email: bhb@ballardlegal.com

Attorney for Defendants Allen Benson,
Aaron Davis and Graphical Data, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Brown,<br><br>    Plaintiff,<br><br>vs.<br><br>Allen Benson, Aaron Davis, Graphical Data, Inc., ePropertydata LLC and Does 1 to 10, inclusive,<br><br>    Defendants. | **Case no. C 06 5662 CRB**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS ALLEN BENSON, AARON DAVIS AND GRAPHICAL DATA, INC. TO RESPOND TO COMPLAINT [LRC 6-1(a)]** |

The parties, through their counsel, hereby stipulate that:

1. Defendants Allen Benson, Aaron Davis and Graphical Data, Inc. shall have an extension of time to respond to the complaint filed in this action, from October 18, 2006 until November 7, 2006.

2. In accordance with LRC 6-1(a), the extension will not alter the date of any event or any deadline already fixed by Court order.

In accordance with General Order no. 45, paragraph X, Benjamin H. Ballard, the attorney filing the stipulation on behalf of said defendants, attests that concurrence in the filing of this document has

/

/

1    been obtained from Conal Doyle, the attorney for plaintiff.

2        Date: October 17, 2006

3                            Benjamin H. Ballard
                             Ballard Law Office
4                            Attorneys for Defendants Allen Benson,
                             Aaron Davis and Graphical Data, Inc.
5
                             Conal Doyle
6                            Willoughby Doyle LLP
                             Attorneys for Plaintiff

October 19, 2006

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

STIP TO EXTEND TIME FOR DEFS TO RESPOND TO COMPLAINT                Case no.  C 06 5662 CRB
-2-