Conal Doyle (SBN#227554)
WILLOUGHBY DOYLE LLP
1814 Franklin Street, Suite 800
Oakland, CA 94612
(510) 451-2777
fax: (510) 835-1050
www. willoughbydoyle.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BROWN,<br><br>         Plaintiff,<br><br>    v.<br><br>ALLEN BENSON, AARON DAVIS, GRAPHICAL DATA, INC., ePROPERTYDATA, LLC. and DOES 1 to 10, inclusive,<br><br>         Defendants. | CASE NO.: C 06 5662 CRB<br><br>**NOTICE OF RULE 41 STIPULATED DISMISSAL WITHOUT PREJUDICE OF EPROPERTYDATA ONLY** |

The Parties hereby file their Notice of Stipulated Dismissal Without Prejudice of ePropertyData LLC ONLY pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs.

Dated: December 4, 2006        WILLOUGHBY DOYLE LLP


                                /s/ Conal Doyle
                        By: _____
                                CONAL DOYLE
                                Attorneys for Plaintiff
                                WILLIAM BROWN

- 1 -

**NOTICE OF RULE 41 STIPULATED DISMISSAL WITHOUT PREJUDICE OF EPROPERTYDATA ONLY**

1
2
3                                           /s/ Benjamin H. Ballard
                                        By: _____
4                                           BENJAMIN H. BALLARD
                                            Attorney for the Defendants
5
6
7
8
9
10
11
12
13        December 5, 2006
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



- 2 -

**NOTICE OF RULE 41 STIPULATED DISMISSAL WITHOUT PREJUDICE OF EPROPERTYDATA ONLY**